Prob 22 (Rev. 01/2024)

```
                               FILED  ✓    RECEIVED
                               ENTERED     SERVED ON
                               OCT 16 2025
                               CLERK, U.S. DISTRICT COURT
                               DISTRICT OF NEVADA
                               BY: AMMi  DEPUTY
```

# TRANSFER OF JURISDICTION

| DOCKET NO. (Transferring Court) |
|---|
| 0864 0:15CR00281-001(SRN) |

| DOCKET NO. (Receiving Court) |
|---|
| 2:25-cr-00318-APG-BNW-1 |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Lorenzo Maxiano Martinez  Nevada | MINNESOTA | |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Susan Richard Nelson |

| DATES OF SUPERVISED RELEASE | FROM 8/15/2025 | TO 8/14/2028 |
|---|---|---|

**OFFENSE**

Felon in Possession of a Firearm  
18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment opportunities, violation of supervision)

Lorenzo Maxiano Martinez began supervised release in the District of Nevada where he has familial support. Mr. Martinez intends to remain in Nevada.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the <u>District Of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

September 30, 2025  
Date

*[signature: Susan Richard Nelson]*  
Susan Richard Nelson, Sr. United States District Judge

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

October 21, 2025  
Effective Date

*[signature]*  
United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Lorenzo Martinez

Case No.:  TO BE DETERMINED

REQUESTING ACCEPTANCE OF JURISDICTION

October 15, 2025

TO:   The Honorable United States District Judge
      District of Nevada.

On July 29, 2016, Martinez was sentenced in the District of Minnesota to 84 months custody, followed by three years of supervised release for committing the offense of Felon in Possession of a Firearm. Supervised release commenced in the District of Nevada on August 15, 2025.

Martinez has resided in Nevada since commencement of supervised release. He has a strong support system and familial ties in Nevada and plans to reside here for the duration of his supervised release. It is respectfully requested that transfer of jurisdiction be accepted to the District of Nevada in order to address any violation conduct with an appropriate sanction.

Should you have any questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by Brianna King
Date: 2025.10.16 09:18:20 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.10.15 16:14:08 -07'00'

Steve M Goldner
Supervisory United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Lorenzo Martinez